### 9076

#### MARION COUNTY LUMBER CO v. HODGES.

##### (85 S. E. 49.)

##### APPEAL AND ERROR.    PLEADINGS.    AMENDMENT.

1. APPEAL AND ERROR—REVIEW—ABUSE OF DISCRETION.—Leave to amend an answer being within the discretion of the trial Court, an order denying leave will not be reviewed in the absence of manifest error.
2. APPEAL AND ERROR—DISMISSAL—RECORD.—Where defendant only argued on appeal the denial of leave to amend his answer, his appeal must be dismissed where the incompleteness of the record rendered it impossible for the appellate Court to determine whether the trial Judge abused his discretion.

Before MEMMINGER, J., Dillon, March, 1914. Appeal dismissed.

Action by Marion County Lumber Company against C. P. Hodges. Appeal by defendant from order refusing him leave to amend answer.

*Mr. D. D. McColl,* for appellant, cites: *As to judicial discretion:* 94 S. C. 16; 47 S. C. 498. *The rights of parties*

*grow out of transaction stated in* 69 S. C. 95. *Right to amendment:* 95 S. C. 341; 85 S. C. 261; 80 S. C. 217.

*Messrs. M. C. Woods* and *A. F. Woods,* for respondent, cite: *Opinion on former appeal in this case:* 96 S. C. 140. *Rules determining right to amend:* 81 S. C. 579; 60 S. C. 139; 70 S. C. 550. *Object of amendment:* 69 S. C. 93; 89 S. C. 328; 98 S. C. 8; 94 S. C. 187. *Estoppel:* 82 S. C. 24; 6 Pom. Eq. Juris., sec. 687; 3 Rich. Eq. 281-300.

April 21, 1915.

The opinion of the Court was delivered by MR. JUSTICE FRASER.

This is an appeal from an order of Judge Memminger refusing to allow the defendant to amend his answer.

It is admitted that the motion to amend is an appeal to the discretion of his Honor. In order for this Court to sustain this appeal it must appear that there is manifest error in refusing the amendment. The complaint is not incorporated in the "case" and when the original answer denies certain allegations of the complaint by number this Court has no means of knowing what the issues are.

The only question argued by the appellant is his right to amend, and since he has not shown the right to amend, the appeal is dismissed.